FILED
2010 Sep-03 PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| JOHN A. KING, | } |
| Appellant, | } |
| | } CIVIL ACTION NO. |
| v. | } |
| | } CV-10-AR-2074-S |
| RENEE BLACKWOOD et al., | } |
| | } BANKRUPTCY CASE NO. |
| Appellees. | } |
| | } 07-5364-TBB-7 |

### MEMORANDUM OPINION

Appellant's response to the court's show cause order of August 26, 2010, is woefully inadequate. Appellant's brief was due on August 12, 2010. Appellant not only admits an "inexplicable lapse" by counsel, but not until the last day did appellant respond to the show cause order, requesting an extension to September 10, 2010, to file the conspicuously absent brief. Appellant is incorrect in alleging that appellees would not be prejudiced by allowing the requested elongation of the briefing schedule. The whole episode is inexplicable. A separate order of dismissal will be entered.

DONE this 3rd day of September, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE